RECEIVED & FILED

IN THE UNITED STATES DISTRICT COURT '5 DEC -1  PM 1:50
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ZORAIDA MONTALVO AS ADMINISTRATIX : 
OF THE ESTATE OF JUANA MONTALVO
COLON, AND ZORAIDA MONTALVO : CIVIL NO. 05-1665 (JAF)
INDIVIDUALLY

                                           :

Plaintiffs                                        PLAINTIFFS DEMAND
                                           : TRIAL BY JURY

vs.

                                           :

CARLOS GONZALEZ AMPARO, M.D.
INDIVIDUALLY, HIS WIFE JANE DOE, et al :

Defendants                             :

----------------------------------------------------------------:

## ORDER

BY ORDER OF THE HONORABLE JOSE A. FUSTE: Dr. Amado Vélez-Rivera's

Motion Requesting Orders to Obtain Medical Records (Docket No. *41* ) is hereby **GRANTED**.

Accordingly, it is

HEREBY ORDERED that the Hospital El Buen Pastor, Arecibo, Puerto Rico, and/or any

other hospital, health institution, doctor and/or health professional shall allow defendant Dr.

Amado Vélez-Rivera, his insurance carrier (SIMED) or its representative; or his attorney Pedro

J. Córdova or his representative, to inspect and/or photocopy the medical record of deceased

patient Mrs. Juana Montalvo Colón.

**SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of November, 2005.

JOSE A. FUSTE
U.S. District Judge