RECEIVED & FILED

'5 DEC -1 PM 1: 50

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ZORAIDA MONTALVO AS ADMINISTRATIX OF THE ESTATE OF JUANA MONTALVO COLON, AND ZORAIDA MONTALVO INDIVIDUALLY : <br><br>Plaintiffs : <br><br>vs. : <br><br>CARLOS GONZALEZ AMPARO, M.D. INDIVIDUALLY, HIS WIFE JANE DOE, et al : <br><br>Defendants : | CIVIL NO. 05-1665 (JAF) <br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

------------------------------------------------------------:

## ORDER

BY ORDER OF THE HONORABLE JOSE A. FUSTE: Dr. Amado Vélez-Rivera's Motion Requesting Orders to Obtain Medical Records (Docket No. 4/) is hereby **GRANTED**. Accordingly, it is

HEREBY ORDERED that the Grupo Médico Salud del Norte, C.S.P., Arecibo, Puerto Rico, and/or any other hospital, health institution, doctor and/or health professional shall allow defendant Dr. Amado Vélez-Rivera, his insurance carrier (SIMED) or its representative; or his attorney Pedro J. Córdova or his representatve, to inspect and/or photocopy the medical record of deceased patient Mrs. Juana Montalvo Colón.

**SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of November, 2005.

JOSE A. FUSTE
U.S. District Judge