RECEIVED & FILED

'5 DEC -1 PM 1:50

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ZORAIDA MONTALVO AS ADMINISTRATIX OF THE ESTATE OF JUANA MONTALVO COLON, AND ZORAIDA MONTALVO INDIVIDUALLY | CIVIL NO. 05-1665 (JAF) |
| Plaintiffs | PLAINTIFFS DEMAND TRIAL BY JURY |
| vs. | |
| CARLOS GONZALEZ AMPARO, M.D. INDIVIDUALLY, HIS WIFE JANE DOE, et al | |
| Defendants | |

## ORDER

BY ORDER OF THE HONORABLE JOSE A. FUSTE: Dr. Amado Vélez-Rivera's Motion Requesting Orders to Obtain Medical Records (Docket No. 41) is hereby **GRANTED**. Accordingly, it is

HEREBY ORDERED that the Hospital Dr. Susoni, Inc., Arecibo, Puerto Rico, and/or any other hospital, health institution, doctor and/or health professional shall allow defendant Dr. Amado Vélez-Rivera, his insurance carrier (SIMED) or its representative; or his attorney Pedro J. Córdova or his representative, to inspect and/or photocopy the medical record of deceased patient Mrs. Juana Montalvo Colón.

**SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of November, 2005.

JOSE A. FUSTE
U.S. District Judge