IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ZORAIDA MONTALVO, ET AL<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS GONZALEZ AMPARO, M.D., ET AL<br><br>Defendant. | CIVIL NO. 05-1665(JAF)<br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

## ORDER

BY ORDER OT THE HONORABLE JOSE A. FUSTE: Dr. Victor Pérez- Orengo's Motion Requesting Authorization to Inspect or Photocopy Medical Records (Docket No. 59 ) is hereby **GRANTED.**

Accordingly, it is

HEREBY ORDERED that the Centro de Diagnóstico y Tratamiento de Villa Los Santos, Arecibo, Puerto Rico, and/or any other hospital, health institution, doctor and/or health professional shall allow defendant Dr. Victor Pérez-Orengo, his insurance carrier (Seguros Triple-S, Inc.) or its representative; or his attorney José E. O'Neill-Font or his representative, to inspect and/or photocopy the medical record of deceased patient Mrs. Juana Montalvo-Colón.

**SO ORDERED.**

In San Juan, Puerto Rico, this 13th day of December, 2005.

JOSE A. FUSTE
U.S. District Judge