RECEIVED & FILED

'5 DEC 15  PM 4: 09

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZORAIDA MONTALVO, ET AL

    Plaintiff,

    vs.

CARLOS GONZALEZ AMPARO, M.D.,
ET AL

    Defendant.

CIVIL NO. 05-1665(JAF)

PLAINTIFFS DEMAND
TRIAL BY JURY

## ORDER

    BY ORDER OT THE HONORABLE JOSE A. FUSTE: Dr. Victor Pérez- Orengo's Motion Requesting Authorization to Inspect or Photocopy Medical Records (Docket No. 59 ) is hereby **GRANTED.**

Accordingly, it is

    HEREBY ORDERED that the Hospital El Buen Pastor, Inc., Arecibo, Puerto Rico, and/or any other hospital, health institution, doctor and/or health professional shall allow defendant Dr. Victor Pérez-Orengo, his insurance carrier (Seguros Triple-S, Inc.) or its representative; or his attorney José E. O'Neill-Font or his representative, to inspect and/or photocopy the medical record of deceased patient Mrs. Juana Montalvo-Colón.

    **SO ORDERED.**

    In San Juan, Puerto Rico, this 13th day of December, 2005.

JOSE A. FUSTE
U.S. District Judge